IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-CR-00009-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KENNETH FARR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's Motion to Seal Docket Entry 26 [DE 27]. Pursuant to Local Criminal Rule 55.2 and for the reasons set forth in the document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 26 until further order of the court.

SO ORDERED this 28th day of July, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE